# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LISA MILLER, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-46 |
| v. | * | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's August 25, 2016, Report and Recommendation, dkt. no. 4, to which Plaintiff failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Plaintiff's Complaint based on her failure to follow this Court's Orders and her failure to prosecute and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)